# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Samuel Edeh,                                     Civil No. 10-2860 (RHK/JSM)

      Plaintiff,                                 **ORDER**

v.

D. Scott Carruthers Attorneys at Law
a/k/a D. Scott Carruthers and
Associates, LLC, Dennis Sscott
Carruthers, individually, and James
Nelson, individually,

      Defendants.

---

Pursuant to the Notice of Dismissal Without Prejudice (Doc. No. 16), **IT IS ORDERED** that the Complaint against Defendant James Nelson is **DISMISED WITHOUT PREJUDICE**.

Dated:  November 9, 2010

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge