# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Samuel Edeh,

                    Plaintiff,

                                                          Civ. No. 10-2860 (RHK/JSM)
                                                          **ORDER FOR JUDGMENT**

v.

D. Scott Carruthers Attorneys at Law a/k/a
D. Scott Carruthers and Associates, LLC, and
Dennis Scott Carruthers individually,

                    Defendants.

---

      Pursuant to the Court's April 20, 2011 Order (Doc. No. 21) and Plaintiff's Notice of Voluntary Dismissal of Count III of his Complaint (Doc. No. 22), **IT IS ORDERED** as follows:

      1.     Count III of the Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**; and

      2.     In accordance with the Court's prior Findings of Fact and Conclusions of Law (Doc. No. 18), Plaintiff shall recover of Defendants, jointly and severally, the sum of $4,178.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: April 25, 2011                                      s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge