## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: SAMUEL N. EDEH,<br><br>         Plaintiff,<br><br>*v.*<br><br>D. Scott Carruthers Attorneys at Law a/k/a<br>D. Scott Carruthers and Associates, LLC,<br>and Dennis Scott Carruthers, individually,<br><br>         Defendants. | Civil File No.: 10-2860 (RHK/JSM) |

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff, Samuel N. Edeh, *pro se*, hereby requests the Court to order defendant Dennis Scott Carruthers to respond to plaintiff's post-judgment discovery request. In support, Plaintiff relies on the Memorandum of Law filed with the Court along with this Motion. For judicial economy, especially since Defendants are yet to appear in the case, Plaintiff requests the Court not to order a hearing and to decide this Motion on the papers.

                                        Respectfully submitted,
                                        **SAMUEL N. EDEH**

Dated: May 16, 2011

                              By:   s/ Samuel N. Edeh
                                    Samuel N. Edeh
                                    Plaintiff, Pro Se
                                    718 W. Center St. #6
                                    Rochester, MN 55902
                                    Ph: (507) 216-5747