## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Samuel Edeh,

                      Plaintiff,

                                                    Civ. No. 10-2860 (RHK/JSM)
                                                    **ORDER FOR DEPOSIT AND**
                                                    **DISBURSEMENT OF FUNDS**

v.

D. Scott Carruthers Attorneys at Law a/k/a
D. Scott Carruthers and Associates, LLC, and
Dennis Scott Carruthers individually,

                    Defendants.

---

      **IT IS ORDERED** that the sum of $4,178.00 received in this case from the Clerk of the United States District Court for the Central District of California shall be deposited into this Court's non-interest bearing registry account. **IT IS FURTHER ORDERED** that such funds shall be immediately disbursed by the Clerk of the Court to Plaintiff Samuel Edeh, 718 W. Center Street #6, Rochester, Minnesota 55902.

Dated: December 5, 2011                                  s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge